IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:14-CR-49-BLW |
|---|---|
| Plaintiff, | |
| v. | **AMENDED ORDER** |
| JASON JAMES MARTIN and MARTIN ADAM HERNANDEZ | |
| Defendants. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the prior Order setting a new trial date (docket no. 22) is AMENDED to vacate the trial date set in that Order for June 30, 2014, and to reset the trial date to **June 23, 2014, at 1:30 p.m.** in the Federal Courthouse in Boise Idaho. In all other respects, the Order (docket no. 22) is reaffirmed.

DATED: **April 29, 2014**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1